ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    300 North Los Angeles Street, Rm 7516
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819

Attorneys for defendant
Equal Employment Opportunity Commission
(originally sued as "Doe 8")

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD S. MCHENRY, JR., on behalf of himself, the general public, and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>    Plaintiff,<br><br>  vs.<br><br>SANYO NORTH AMERICA CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PAYROLLING.COM CORP. and DOES 1 through 100,<br><br>    Defendants. | No. CV 13-02696-R(AJWx)<br><br>**ORDER REMANDING ACTION TO LOS ANGELES COUNTY SUPERIOR COURT**<br><br>HEARING: None<br><br>Honorable Manuel L. Real |

1  The Court, having reviewed the record in this case, hereby
2  **REMANDS** this action to Los Angeles County Superior Court.  The
3  reason for the remand is as follows:
4  When Plaintiff commenced this action in Superior Court in
5  2012, he did not specifically name any federal entity as a
6  defendant.  On February 20, 2013, Plaintiff filed a document
7  titled "Amendment to Complaint," which identified DOES 8 as the
8  Equal Employment Opportunity Commission (the "EEOC").  On April
9  17, 2013, the EEOC removed the action to this Court.  However,
10 counsel for the EEOC then learned that McHenry had filed a
11 document titled "Request for Dismissal" on April 11, 2013 as
12 to the EEOC.  Because the EEOC was longer a defendant as of
13 April 17, 2013, its removal of the action was improvident.
14  IT IS SO ORDERED.
15 DATED:   April 29, 2013.

_____
UNITED STATES DISTRICT JUDGE